Order affirmed, with costs; first and second questions certified answered in the negative, third question in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL A. BAILEY, Appellant.

*People* v. *Bailey*, 164 App. Div. 756, affirmed.
(Submitted June 1, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1914, which reversed an order of the Schuyler County Court, made upon a motion in arrest of judgment, setting aside a verdict convicting the defendant of the crime of manslaughter in the first degree on the ground that the said County Court had no jurisdiction to try the cause for the reason that no formal order had been made sending said indictment from the Supreme Court to the County Court, and the entry as contained in the clerk's minutes being insufficient in form and in substance to confer jurisdiction upon the court to try the cause.

*George M. Velie* and *Bertram W. Nye* for appellant.

*E. C. Barkman, District Attorney* (*Lewis H. Watkins* of counsel), for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.